UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONY FRENCH,

                Petitioner,

    v.

JERI BOE,

                Respondent.

CASE NO. 3:25-CV-5059-TSZ-DWC

REPORT AND RECOMMENDATION

Noting Date: March 31, 2025

      The District Court has referred this action to United States Magistrate Judge David W. Christel. Petitioner Tony French filed a proposed petition on January 22, 2025. Dkt. 1. Petitioner did not file an application to proceed *in forma pauperis* ("IFP") form or pay the filing fee. On January 24, 2025, the Clerk of Court sent Petitioner a letter directing him to pay the filing fee or submit an application to proceed IFP. Dkt. 3. The Clerk warned Petitioner that if he did not provide the requested documents by February 24, 2025, this action could be subject to dismissal. *Id*.

1    Petitioner has not paid the filing fee or filed an application to proceed IFP. Petitioner has not responded to the Clerk's letter nor taken any action in this case since he initiated the case. Therefore, the Court recommends this case be dismissed without prejudice.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **March 31, 2025**.

Dated this 10th day of March, 2025.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2