UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONY FRENCH,

                Petitioner,

    v.

JERI BOE,

                Respondent.

CASE NO. 3:25-CV-5059-TSZ-DWC

ORDER VACATING REPORT AND RECOMMENDATION

The District Court has referred this action to United States Magistrate Judge David W. Christel. Petitioner Tony French filed a proposed petition on January 22, 2025. Dkt. 1. Petitioner did not file an application to proceed *in forma pauperis* ("IFP") form or pay the filing fee. On January 24, 2025, the Clerk of Court sent Petitioner a letter directing him to pay the filing fee or submit an application to proceed IFP. Dkt. 3. Petitioner paid the filing fee on February 3, 2025.

Due to a clerical error, the Clerk's Office did not indicate on the docket that the filing fee was paid. Because it appeared from the record Petitioner had not paid the filing fee, the Court entered a Report and Recommendation recommending this case be dismissed for failure to pay the filing fee. *See* Dkt. 4. Petitioner field objections to the Report and Recommendation because

ORDER VACATING REPORT AND
RECOMMENDATION - 1

1 he paid the filing fee. Dkt. 5. As Petitioner paid the filing fee, the undersigned vacates the Report

2 and Recommendation (Dkt. 4) and Petitioner's objections (Dkt. 5) are denied as moot.

3    Dated this 2nd day of April, 2025.

*[signature]*

David W. Christel
United States Magistrate Judge

ORDER VACATING REPORT AND
RECOMMENDATION - 2