UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TONY FRENCH,

                Petitioner,

    v.

JERI BOE,

                Respondent.

CASE NO. 3:25-CV-5059-TSZ-DWC

ORDER GRANTING EXTENSION TO ANSWER

This matter comes before the Court on Respondent Jerri Boe's Motion for an Extension of Time to File an Answer. Dkt. 25. Counsel requests an extension of time to answer the Petition because he needs additional time to complete review of the record and is undergoing a medical procedure this month. *Id*. After review of Respondent's Motion, the Motion (Dkt. 25) is granted. Respondent shall have up to and including April 8, 2026, to file an answer to the Petition.[1]

Dated this 4th day of March, 2026.

David W. Christel
United States Magistrate Judge

---

[1] This is Respondents' second request for an extension. However, as a complete state court record and answer is necessary to review the Petition, the Court finds an extension of time is warranted and a response from Petitioner is not necessary. The Court will not grant further extensions before the expiration of the noting date. If Petitioner wishes to be heard, he may file a motion for reconsideration.

ORDER GRANTING EXTENSION TO ANSWER - 1