UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONY FRENCH,

Petitioner,

v.

JERI BOE,

Respondent.

C25-5059 TSZ

ORDER

Having reviewed the Report and Recommendation,[1] docket no. 29, of the Honorable David W. Christel, United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation, docket no. 29.

(2) Petitioner Tony French's federal habeas petition, docket no. 6, is DENIED.

(3) A certificate of appealability is DENIED in this case for the reasons stated in the Report and Recommendation, docket no. 29.

[1] Petitioner did not file any objections to the Report and Recommendation.

(4) The Clerk is directed to enter judgment consistent with this Order, to send a copy of this Order and the Judgment to Petitioner pro se, to counsel for Respondent, and to the Hon. David W. Christel, and to CLOSE this case.

IT IS SO ORDERED.

Dated this 27th day of July, 2026.

Thomas S. Zilly
United States District Judge